# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Stephen M. Peterman | | CHAPTER 7 |
| Debtor(s) | | |
| JPMORGAN CHASE BANK, N.A. | | NO. 17-14667 ELF |
| Movant | | |
| Christine C. Shubert | | |
| Trustee | | |

## ORDER

AND NOW, this 12th day of October, 2017, upon consideration of the Motion to Enlarge Time to File Reaffirmation Agreement, upon service of the motion on the U.S. Trustee, the Chapter 7 Trustee, and the Debtor, and there being no hearing required pursuant to Local Bankruptcy Rule 9014-2, it is hereby

ORDERED THAT: The Motion is granted and the parties shall have until November 10, 2017 to file the written reaffirmation agreement, and the entry of a discharge in the case shall be deferred until after that date.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**