United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephen M Peterman  
    Debtor  

Case No. 17-14667-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: YvetteWD           Page 1 of 1      Date Rcvd: Oct 12, 2017
                         Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2017.
db            +Stephen M Peterman,    1126 Myrtlewood Avenue,    Havertown, PA 19083-5203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2017 at the address(es) listed below:
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN     on behalf of Debtor Stephen M Peterman scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Stephen M. Peterman  Debtor(s) | | CHAPTER 7 |
| JPMORGAN CHASE BANK, N.A.  Movant | | NO. 17-14667 ELF |
| Christine C. Shubert  Trustee | | |

**ORDER**

AND NOW, this 12th day of October, 2017, upon consideration of the Motion to Enlarge Time to File Reaffirmation Agreement, upon service of the motion on the U.S. Trustee, the Chapter 7 Trustee, and the Debtor, and there being no hearing required pursuant to Local Bankruptcy Rule 9014-2, it is hereby

ORDERED THAT: The Motion is granted and the parties shall have until November 10, 2017 to file the written reaffirmation agreement, and the entry of a discharge in the case shall be deferred until after that date.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**