```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                         Case No. 17-14667-elf
Stephen M Peterman                                                             Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: John                  Page 1 of 2                  Date Rcvd: Apr 13, 2018
                              Form ID: 318                Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2018.
db             +Stephen M Peterman,    1126 Myrtlewood Avenue,    Havertown, PA 19083-5203
13949206       +Bureaus Investment Group No 5 LLC,    1717 Central Street,    Evanston, IL 60201-1507
13989234       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E Ft. Lowell Road Suite #200,
                 Tucson, AZ 85712-1083
13949209       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13949210       +Citibank/Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13949211       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
13949212       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13949215       +Hyat, Hayt & Landau, LLC,    Two Industrial Way West,    Eatontown, NJ 07724-2279
13949216       +JP Morgan Chase Bank,    3415 Vision Drive,    Columbus, OH 43219-6009
13949222       +The Bureaus Inc,    650 Dundee Rd,    Ste 370,    Northbrook, IL 60062-2757
13949223       +Union Plus Credit Card,    P.O. Box 71104,    Charlotte, NC 28272-1104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 14 2018 01:51:34     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2018 01:51:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2018 01:51:30     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13949207        E-mail/Text: cms-bk@cms-collect.com Apr 14 2018 01:50:58     Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
13949208       +EDI: CAPITALONE.COM Apr 14 2018 05:43:00     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
13949213       +EDI: DISCOVER.COM Apr 14 2018 05:43:00     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
13949214       +E-mail/Text: Banko@frontlineas.com Apr 14 2018 01:51:55     Frontline Asset Strategies,
                 2700 Snelling Ave., N.,    Roseville, MN 55113-1783
13949217       +EDI: MID8.COM Apr 14 2018 05:43:00     Midland Credit Management, Inc.,    2365 Northside Drive,
                 Suite 300,    San Diego, CA 92108-2709
13949218       +EDI: AGFINANCE.COM Apr 14 2018 05:43:00     OneMain,    Attn: Bankruptcy,    601 Nw 2nd St,
                 Evansville, IN 47708-1013
13950139       +EDI: PRA.COM Apr 14 2018 05:43:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
13949219       +EDI: DRIV.COM Apr 14 2018 05:43:00     Santander Consumer USA,    Po Box 961245,
                 Ft Worth, TX 76161-0244
13949220       +E-mail/Text: compliance@sentrycredit.com Apr 14 2018 01:51:52     Sentry Credit, Inc.,
                 2809 Grand Avenue,    Everett, WA 98201-3417
13949221       +EDI: RMSC.COM Apr 14 2018 05:43:00     Syncb/car Care Midas,    4125 Windward Plz,
                 Alpharetta, GA 30005-8738
13949224       +EDI: URSI.COM Apr 14 2018 05:43:00     United Recovery Systems,    5800 North Course Drive,
                 Houston, TX 77072-1613
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John              Page 2 of 2            Date Rcvd: Apr 13, 2018
                              Form ID: 318            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2018 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of Debtor Stephen M Peterman scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Stephen M Peterman** | Social Security number or ITIN **xxx–xx–7895** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **17–14667–elf**

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stephen M Peterman

4/13/18                                                                        **By the court:**  Eric L. Frank
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2